In the Matter of the Petitions Designating WILLIAM E. CLEARY as a Candidate for the Nomination in the Democratic Primaries of Representative in Congress, Eighth Congressional District.— Order affirmed, without costs. No opinion. Kelly, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Petitions Nominating JOSEPH FENNELLY for Member of the Democratic State Committee, Second Assembly District, and Members of the County Committee, etc.— Order affirmed, without costs. No opinion. Kelly, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Petitions Designating JOHN LUCEY as a Candidate for the Nomination in the Democratic Primaries of Member of Assembly, Second Assembly District, Kings County.— Order affirmed, without costs. No opinion. Kelly, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Application of JOSEPH C. McCARTHY for an Order Directed to the Board of Elections of the City of New York.— Order affirmed, without costs. No opinion. Kelly, Jaycox, Kelby and Young, JJ., concur.

---

### THIRD DEPARTMENT, SEPTEMBER, 1922.

ROSE M. ARNOLD, Appellant, v. CALVIN DUBOIS and MYRON DUBOIS, Respondents.— Motion granted, unless within thirty days the appellant files and serves printed papers on appeal and pays ten dollars costs, in which case motion is denied.

ALBANY BUILDERS' SUPPLY COMPANY, Appellant, v. EASTERN BRIDGE AND STRUCTURAL COMPANY and Others, Respondents, Appellants.— Motion for leave to appeal to the Court of Appeals denied; application for an order staying distribution of the fund granted for thirty days from this date. No costs. Hinman, J., not sitting.

ADIRONDACK RECORD, INC., Respondent, v. GEORGE LAWRENCE and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: " Does the complaint herein state facts sufficient to constitute a cause of action without alleging special damage?"